## AERO MAYFLOWER TRANSIT CO., INC. *v.* UNITED STATES ET AL.

No. 1136.   Decided May 15, 1967.

*Henry P. Sailer* and *James L. Beattey* for appellant.

*Solicitor General Marshall, Assistant Attorney General Turner, Howard E. Shapiro, Robert W. Ginnane* and *Fritz R. Kahn* for the United States et al., and *Alan F. Wohlstetter* for Alaska Orient Van Service et al., appellees.

PER CURIAM.

The motions to affirm are granted and the judgment is affirmed.

## RUBIO *v.* UNITED STATES.

No. 710, Misc.   Decided May 15, 1967.

Petitioner *pro se.*

*Solicitor General Marshall* for the United States.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted. The judgment is reversed. *Coppedge* v. *United States,* 369 U. S. 438.